UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:15-04018 |
| v. | ) | JUDGE BRYANT |
| | ) | |
| DAVID HOWARD LEWIS | ) | |

## ~~PROPOSED~~ AGREED ORDER

By agreement of the parties as evidenced by the signatures below, the parties respectfully request that the defendant be temporarily released from custody to receive inpatient mental health treatment in a secure setting at Vanderbilt University Psychiatric Hospital located at 1601 23rd Avenue South, Nashville. The defendant will be transported by the United States Marshal's Service on Friday, April 24, 2015 between 3:00pm and 4:00pm. The defendant will then be delivered to Vanderbilt University Psychiatric Hospital staff in the presence of his attorney. Following the treatment, the defendant will be immediately returned to the custody of the United States Marshal's Service upon notification by the United States Probation Office to the United States Marshal's Service. After returning to custody, the issue of detention will be re-addressed upon motion of the parties. The defendant will be responsible for payment for the mental health services at Vanderbilt University Psychiatric Hosptial. The defendant further agrees to release all records relating to said inpatient treatment, diagnosis and future treatment recommendations to the United States Probation Office, the United States Attorney's Office, and the United States Marshal's Service.

It is so ORDERED

Enter this 24th day of April, 2015.

_____
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY:


*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney


*s/ Jeffrey Frensley*
JEFFREY FRENSLEY
Attorney for the Defendant